FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 25, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OKANOGAN HIGHLANDS ALLIANCE, | No:  2:20-CV-147-RMP |
| Plaintiff, | and |
| v. | No:  2:20-CV-170-RMP |
| CROWN RESOURCES CORPORATION and KINROSS GOLD, USA, INC., | ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE RELATED CASES |
| Defendants. | |
| STATE OF WASHINGTON, | |
| Plaintiff, | |
| v. | |
| CROWN RESOURCES CORPORATION, and KINROSS GOLD USA, INC., | |
| Defendants. | |

BEFORE THE COURT is the parties' Stipulated Motion for Order of

Consolidation, ECF No. 10 in case number 2:20-cv-147-RMP and ECF No. 12 in

ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE RELATED
CASES ~ 1

case number 2:20-cv-170-RMP.  After reviewing the files and records herein, and the Court having been fully advised, the Court finds that the subject cases present common issues of law and fact, and that there is good cause to consolidate the related cases as requested.

Accordingly, **IT IS HEREBY ORDERED**:

1.  The parties' Stipulated Motion for Order of Consolidation, ECF No. 10 in case number 2:20-cv-147-RMP and ECF No. 12 in case number 2:20-cv-170-RMP, is **GRANTED**.

2.  *Okanogan Highlands Alliance v. Crown Resources Corporation and Kinross Gold U.S.A., Inc.*, No. 2:20-cv-147-RMP, and State of *Washington v. Crown Resources Corporation and Kinross Gold U.S.A., Inc.*, No. 2:20-cv-170-RMP shall be **consolidated** under **Case No. 2:20-cv-147-RMP**.

3.  Pursuant to the parties' stipulation, Defendants' shall respond to the Complaints filed by Okanogan Highlands Alliance and State of Washington on or before **July 7, 2020**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, amend the parties as needed, provide copies of this order to counsel, and **close case number 2:20-cv-170-RMP.**

**DATED** June 25, 2020.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE RELATED CASES ~ 2